## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) MICHAEL SWAIN, ) ) Defendant. ) | 8:00CR150 ORDER |

Defendant Michael Swain (Swain) appeared before the court on August 3, 2007, on the Petition for Warrant or Summons for Offender Under Supervision (Report) (Filing No. 306). Swain was represented by Assistant Federal Public Defender David M. O'Neill and the United States was represented by Assistant U.S. Attorney Maria R. Moran. Through his counsel, Swain waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Report alleges probable cause and that Swain should be held to answer for a final dispositional hearing before Senior Judge Strom.

The government did not move for detention. Swain was released upon conditions as set forth in a separate order in this matter.

**IT IS ORDERED**:

A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:00 a.m. on August 30, 2007.** Defendant must be present in person.

DATED this 3rd day of August, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge