IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR150 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL SWAIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On September 6, 2007, the defendant appeared with counsel for a hearing on a Petition for Warrant or Summons for Offender Under Supervision (Filing No. 306). Defendant was present and represented by David O'Neill, Assistant Federal Public Defender. Plaintiff was represented by Susan T. Lehr, Assistant United States Attorney. Defendant admitted to the allegations of the Petition. The Court found the defendant to be in violation of his conditions of supervised release. The Court revoked the defendant's supervised release and proceeded to sentencing. Accordingly,

IT IS ORDERED:

1) Defendant's supervised release is hereby revoked, and the defendant is sentenced to the custody of the Bureau of Prisons for a term of six (6) months.

2. Upon completion of said sentence, the defendant's supervised release will be terminated.

DATED this 6th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____ day of _____, 200___.

                                                                                   _____
                                                                                    Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the ____ day of _____, 200__ to _____, with a certified copy of this judgment.

                                                                                  _____
                                                                                      UNITED STATES WARDEN

                                                            By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this ____ day of _____, 200___.

                                                                                  _____
                                                                                      UNITED STATES WARDEN

                                                            By:_____